IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.                         Case No. 16-cr-30082-DRH-3

**ARMANDO LOZANO**
        **Defendant.**

## MEMORANDUM AND ORDER

**HERNDON, District Judge**:

    Before the Court is a motion to withdraw as counsel for defendant Armando Lozano (Doc. 40). Assistant Federal Public Defender Gabel seeks withdrawal due to a conflict of interest between the defendant and the Federal Public Defender's Office. Assistant Federal Public Defender Gabel previously represented Lozano's co-defendant on the same matter from July 28, 2016 until August 24, 2016, when the co-defendant hired private counsel.

    Therefore, for good cause shown, defendant's motion to withdraw is **GRANTED** (Doc. 40). Assistant Federal Public Defender Thomas Gabel is hereby terminated as representative counsel for defendant. The Court hereby **APPOINTS** as CJA counsel, attorney **Hal A. Goldsmith** of Bryan Cave, LLP - St. Louis, One Metropolitan Square 211 North Broadway, Suite 3600, St.

Louis, MO 63102, of the CJA Panel, to represent defendant Lozano in this matter.

**IT IS SO ORDERED.**

Signed this 21st day of February, 2017.

Digitally signed by Judge David R. Herndon
Date: 2017.02.21 12:10:56 -06'00'

**United States District Judge**